**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,**<br><br>**This Document Relates To:**<br>**Paul Jackel** | **MDL No. 1:22-md-03029-PBS** |

## SHORT FORM COMPLAINT

Plaintiff files this Short Form Complaint pursuant to Case Management Order No. 7 and is to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff hereby incorporates the Master Complaint in MDL No. 3029 by reference. Plaintiff further shows the Court as follows:

1. The name of Plaintiff/the person implanted with Defendants' Hernia Mesh Device(s):

   Paul Jackel

2. The name of any Consortium Plaintiff (if applicable):

   Not Applicable

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Current State of Residence:

   Wisconsin

5. District Court and Division in which action would have been filed absent direct filing:

   United States District Court for the District of Massachusetts

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Covidien LP

☒ B. Sofradim Production SAS

☐ C. Other (please list: ______________________________

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check all device(s) implanted):

☐ Dextile Anatomical Mesh

☐ Parietene DS Mesh

☐ Parietene Polypropylene Mesh

☐ Parietene Progrip Mesh

☒ Parietex Composite Mesh

☐ Parietex Composite Mono PM Mesh

☐ Parietex Composite PCO-OS or PCO-OB Mesh

☐ Parietex Composite Ventral Patch

☐ Parietex Hydrophilic 2D Mesh

☐ Parietex Hydrophilic 3D Mesh

☐ Parietex Hydrophilic Anatomical Mesh

☐ Parietex Monofilament Polyester Mesh

☐ Parietex Optimized Composite Mesh

☐ Parietex Plug & Patch

☐ Parietex ProGrip

☐ ProGrip Laparoscopic

☐ SurgiPro

☐ SurgiPro Plug & Patch

☐ Symbotex Composite Mesh

☐ Other (please list in space provided below):

________________________________________

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check all applicable device(s)):

☐ Dextile Anatomical Mesh

☐ Parietene DS Mesh

☐ Parietene Polypropylene Mesh

☐ Parietene Progrip Mesh

☒ Parietex Composite Mesh

☐ Parietex Composite Mono PM Mesh

☐ Parietex Composite PCO-OS or PCO-OB Mesh

☐ Parietex Composite Ventral Patch

☐ Parietex Hydrophilic 2D Mesh

☐ Parietex Hydrophilic 3D Mesh

☐ Parietex Hydrophilic Anatomical Mesh

☐ Parietex Monofilament Polyester Mesh

☐ Parietex Optimized Composite Mesh

☐ Parietex Plug & Patch

☐ Parietex ProGrip

☐ ProGrip Laparoscopic

☐ SurgiPro

☐ SurgiPro Plug & Patch

☐ Symbotex Composite Mesh

☐ Other (please list in space provided below):

______________________________________

9. Date of Implantation and State of Implantation (if multiple devices, list date of implantation for each device and list the device implanted on such date):

On or about May 3, 2010; Wisconsin

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?: Yes ☒ No ☐

11. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:_________________________________

12. Counts in the Master Complaint adopted by Plaintiff(s):

☒ Count I - Strict Product Liability- Defective Design

☒ Count II- Strict Product Liability- Failure to Warn

☒ Count III - Strict Product Liability- Manufacturing Defect

☒ Count IV- Negligence

☒ Count V-Negligence Per Se

☒ Count VI- Gross Negligence

☒ Count VII - State Consumer Protection Laws (Please identify applicable State

☒ Consumer Protection law(s)):

Mass. Gen. Laws Ann. ch. 93A, §§ 1 through 11

Wis. Stat. §421.101, *et seq.*

☒ Count VIII - Breach of Implied Warranty

☒ Count IX - Breach of Express Warranty

☒ Count X - Negligent Infliction of Emotional Distress

☒ Count XI - Intentional Infliction of Emotional Distress

☒ Count XII - Negligent Misrepresentation

☒ Count XIII - Fraud and Fraudulent Misrepresentation

☒ Count XIV - Fraudulent Concealment

☐ Count XV-Wrongful Death

☐ Count XVI - Loss of Consortium

☒ Count XVII - Punitive Damages

Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

________________________________________

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below):

________________________________________

Respectfully submitted this 16th day of October, 2025.

**s/** *Andrea J. Giovannone*
Attorney for Plaintiff

Andrea J. Giovannone (CA Bar No. 287358)
Email: Andrea@lawrsd.com
Colette McEldowney (CA Bar No. 320985;
WA Bar No. 50429, OR Bar No. 123925
Email: Colette@lawrsd.com
Gregory Rueb (CA Bar No. 154589, District of
Columbia Bar No. 1033707)
Email: Greg@lawrsd.com

**Rueb Stoller Daniel, L.L.P.**
9696 Culver Blvd., Suite 301,
Culver City, CA 90232
Telephone: (866) 225-5773